## KESLER v. WINONA TELEPHONE COMPANY.

[No. 11,060. Filed April 22, 1921.]

From Starke Circuit Court; *William C. Pentecost,* Judge.

Action between Marie Kesler and the Winona Telephone Company. From the judgment rendered, the former appeals. *Appeal dismissed.*

*William J. Reed,* for appellant.
*Harley A. Logan,* for appellee.

REMY, C. J.—Appeal dismissed on the authority of *Doak* v. *Root & McBride Co.* (1900), 26 Ind. App. 138, 58 N. E. 444; *Johnson* v. *Stephenson* (1886), 104 Ind. 368, 4 N. E. 46.

## CALUMET ELECTRIC COMPANY v. STATE, EX REL. HUNTER.

[No. 10,792. Filed April 26, 1921.]

From Lake Circuit Court; *E. Miles Norton,* Judge.

Action between the Calumet Electric Company and the State of Indiana, on the relation of one Hunter. From the judgment rendered, the former appeals. *Reversed.*

*Charles W. Chase* and *H. W. Worden,* for appellant.

ENLOE, J.—The controlling question in this case is as to the sufficiency of the complaint; a demurrer thereto having been overruled. The case of *Cummings, Treas.,* v. *Stark* (1894); 138 Ind. 94, 34 N. E. 444, is controlling upon this question, and upon the authority of that case this cause is reversed, with directions to the trial court to set aside its judgment, and to sustain the demurrer to the complaint.

McMahan, P. J., not participating.

## SPAHN v. DEARMAN.

[No. 10,820. Filed April 28, 1921.]

From Marion Superior Court (A 6,145) ; *Linn D. Hay,* Judge.

Action between Ed. Spahn and I. M. Dearman. From the judgment rendered, the former appeals. *Affirmed.*

*Edward W. Little* and *Frank S. Roby,* for appellant.
*Holmes & McCallister,* for appellee.

NICHOLS, J.—On the authority of *Domestic Sewing Machine Co.* v. *Arthurholtz* (1878), 63 Ind. 322, the judgment in this case is affirmed.

---

## WATKINS *v.* THRUSH.

[No. 10,791.   Filed April 28, 1921.]

From Marion Superior Court (A 806); *Solon J. Carter,* Judge.

Action between Mary Watkins and Perry R. Thrush. From the judgment rendered, the former appeals. *Affirmed.*

*Charles B. Clarke* and *Walter C. Clarke,* for appellant.
*Clancy & Roller,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## KITLEY *v.* CHILIAN ET AL.

[No. 10,812.   Filed May 11, 1921.]

From Marion Superior Court (105,902); *V. G. Clifford,* Judge.

Action between John Kitley and Homer Chilian and another. From the judgment rendered, the former appeals. *Affirmed.*

*Emsley W. Johnson,* for appellant.
*Joseph R. Williams* and *Chalmer Schlosser,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## DENTON *v.* SPATH.

[No. 10,728.   Filed March 11, 1921.   Rehearing denied May 18, 1921.]

From Grant Superior Court; *Robert F. Murray,* Judge.

Action between Isom Denton and William Spath. From the judgment rendered, the former appeals. *Affirmed.*

*Kenner & Sapp, Bowers & Feightner* and *Van Atta & Clawson,* for appellant.
*William A. Branyan, Wilbur E. Branyan* and *Bernard B. Shively,* for appellee.

PER CURIAM.—Judgment affirmed.